UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05CR00448 JCH |
| ) | |
| ABDALLAH ALAOUI ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 3, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Section 982, based upon the defendant's guilty plea to the Indictment and his signed Stipulation of Facts Relative to Sentencing wherein the defendant agreed to the forfeiture of the specified assets as outlined in Count IV of the Indictment and is subject to forfeiture;

AND WHEREAS, on January 18, January 25, and February 1, 2006, the United States published in newspapers of general circulation, to wit: The St. Louis Daily Record and St. Louis Countian, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and;

WHEREAS, the Court has been advised that no petitions have been filed;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property which belongs to the defendant who is the subject of this order, is hereby condemned and forfeited to the United States of America to be disposed of according to law, as follows:

   a. $6,002.00 in United States currency, representing the amount of proceeds obtained as a result of the offense set forth in the Indictment.

2. The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

So ordered this ___ day of March, 2006

_____
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

2